UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ROSE REED, | : |
| Plaintiff, | : |
| v. | : Case No. 4:22-cv-00144-CDL-MSH |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | : |
| Defendant. | : |

## **O R D E R**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further development of the record by an administrative law judge (ALJ), this case is hereby remanded.

Upon remand, the ALJ should re-evaluate whether an individual with Plaintiff's vocational profile can perform her past relevant work, addressing and resolving any potential inconsistencies between the RFC limitations and the requirements of the past relevant work; offer the Plaintiff an opportunity for a new hearing; update the record; and issue a new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 6th day of February, 2023.

 S/ Clay D. Land
CLAY D. LAND
United States District Judge