```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

R.R.,                                  :
                                       :
        Plaintiff,                     :
                                       :
v.                                     :   CASE NO. 4:22-CV-144-CDL-MSH
                                       :
COMMISSIONER OF SOCIAL                 :
SECURITY,                              :
                                       :
        Defendant.                     :
                                       :

## ORDER

Upon consideration of Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Defendant's lack of opposition, it is ORDERED that

1. Plaintiff is awarded attorney's fees in the amount of $3,372.17.

2. Any Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel if Plaintiff owes a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel at 123 N. McDonough Street, Decatur, GA 30030.

The Clerk shall enter a judgment consistent with this Order.

SO ORDERED, this 15th day of May, 2023.

                                            \_\_S/Clay D. Land
                                            CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE