IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ROSE REED, | * |
| Plaintiff, | * |
| v. | Case No.  4:22-CV-144-CDL-MSH |
| COMMISSIONER OF SOCIAL SECURITY, | * |
| Defendant. | * |

## J U D G M E N T

Pursuant to the Order of this Court filed May 15, 2023, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $3,372.71.

This 16th day of May, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk